UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



------------------------------------

United States of America,

    -vs-

Jose Lopez,
        Defendant.

ORDER

CR-98-561(FB)

------------------------------------

    Pursuant to T. 18 U.S.C. Section 3582(c)(2) and USSG Section 1B1.10 ( as amended 3/3/08) and Rule 35 of the F. R. Crim. P. the above defendant is re-sentenced to time served. Accordingly it is

    HEREBY ORDERED that the sentence of time served is stayed until March 3, 2008. Upon the defendant's release from incarceration he shall report within 72 hours to a U.S. Probation Office. Failure to do so may result in a warrant for his arrest for his failure to comply with a condition of supervised release.

    The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       February 26, 2008

                              s/Frederic Block

                              U.S.D.J.